**Form I184**  (Revised 01/20/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 17–20400                              Chapter: 7

In re:

| | |
|---|---|
| Barry John Brautman | Suzanne Ellen Brautman |
| 9644 Meadow Lane | 9644 Meadow Lane |
| Leawood, KS 66206 | Leawood, KS 66206 |
| SSN: xxx–xx–9345 | SSN: xxx–xx–6016 |

| **Entered By The Court** **3/15/17** | ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY | **Filed By The Court** **3/15/17** **David D. Zimmerman** **Clerk of Court** **US Bankruptcy Court** |
|---|---|---|

The voluntary petition in bankruptcy and/or accompanying documents are defective and/or missing. The following corrections/amendments must be made within fourteen (14) days of the entry of this order or the case will be dismissed without further notice.

**Missing/Defective Documents:**
**Attorney Disclosure Statement**
**Chapter 7 Income Form 122A–1**
**Chapter 7 Means Calculation Form 122A–2**
**DeBN Request Form**
**Declaration re Debtor Schedules**
**Employee Income Record**
**Schedule A/B**
**Schedule C**
**Schedule D**
**Schedule E/F**
**Schedule G**
**Schedule H**
**Schedule I**
**Schedule J**
**Statement of Financial Affairs**
**Summary of Assets/Liabilities**
**Verification of Creditor Matrix**

**CORRECTIONS MUST BE SUBMITTED USING THE LATEST VERSION OF THE APPROPRIATE OFFICIAL FORM. FAILURE TO CORRECT WITHIN FOURTEEN (14) DAYS WILL RESULT IN DISMISSAL.**

Please note that Official Forms are available on www.uscourts.gov/forms/bankruptcy–forms.

| | |
|---|---|
| Document 4 | s/   Robert D. Berger |
| | Judge, United States Bankruptcy Court |