**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE:

**Barry John Brautman and**  Case No. 17-20400
**Suzanne Ellen Brautman**  Chapter 7
         **Debtors.**

**ENTRY OF APPEARANCE OF SCOTT B. HAINES OF**
**MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.**

COMES NOW, Martin, Pringle, Oliver, Wallace & Bauer, L.L.P., attorneys for Blue Hills Country Club and hereby enter their appearance in the above-referenced bankruptcy estate, all notices and pleadings in regard to their proceeding should be directed to the undersigned at the address set forth below.

        MARTIN, PRINGLE, OLIVER
        WALLACE & BAUER, L.L.P.

        By: /s/ Scott B. Haines
          Scott B. Haines, #32525
          9401 Indian Creek Pkwy, Bldg. 40, Ste 1150
          Overland Park, Kansas 66210
          Tel: (913) 491-5500
          Fax: (913) 491-3341
          sbhaines@martinpringle.com
        ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to the parties to the underlying bankruptcy matter on the 21st of March, 2017.

        /s/ Scott B. Haines
        Scott B. Haines