IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE: BARRY JOHN BRAUTMAN          Case No.:    17-20400
       SUZANNE ELLEN BRAUTMAN      Chapter 7

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY

Comes now Debtors, by and through counsel of record, Raymond E. Probst, Jr., of The Probst Law Firm, PA, and hereby requests an extension of time to file their Response to Order to Correct Voluntary Petition in Bankruptcy. In support of said Motion, Debtors state as follows:

1. On March 15, 2017 an Order to Correct Voluntary Petition in Bankruptcy was filed in the above captioned matter ordering the debtors to submit all defective and/or missing documents within 14 days of the entry of said order.

2. The Response to said order is due March 29, 2017.

3. Debtors have been unable to complete all of the documents responsive to the request and needs an extension of time for an additional 14 days in order to file same.

WHEREFORE, debtor requests an extension of time for an additional 14 days or until April 12, 2017 in order to file the documents responsive to the Order, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

THE PROBST LAW FIRM, P.A.

By: /s/ Raymond E. Probst, Jr.
Raymond E. Probst, Jr., KBN 20370
827 Armstrong Ave.
Kansas City, KS 66101
(913) 281-0699
(913) 321-0199  Facsimile
Attorney for Debtors

1

## CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of the foregoing was served upon the following parties either electronically or via First Class U.S. Mail, postage prepaid this 29th day of March 2017:

Patricia E. Hamilton, Chapter 7 Trustee, phamilton@stevensbrand.com; ks12@ecfcbis.com

                                              /s/ Raymond E. Probst, Jr.