IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE: BARRY JOHN BRAUTMAN          Case No.:     17-20400
       SUZANNE ELLEN BRAUTMAN         Chapter 7

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY**

       Comes now Debtors, by and through counsel of record, Raymond E. Probst, Jr., of The Probst Law Firm, PA, and hereby requests an extension of time to file their Response to Order to Correct Voluntary Petition in Bankruptcy. In support of said Motion, Debtors state as follows:

       1.      On March 15, 2017 an Order to Correct Voluntary Petition in Bankruptcy was filed in the above captioned matter ordering the debtors to submit all defective and/or missing documents within 14 days of the entry of said order.

       2.      The Response to said order was due March 29, 2017.

       3.      Debtors have previously requested and received an extension to gather the remaining information needed to complete their schedules to April 12, 2017.

       4.      Debtors then requested an additional week or until April 19, 2017 to gather the remaining information and complete the schedules.

       5.      Debtor's still do not have all of the information necessary to complete all of the schedules and need an additional week to complete the schedules or until April 25, 2017.

       WHEREFORE, debtor requests an extension of time for an additional 7 days or until April 26, 2017 in order to file the documents responsive to the Order, and for such other and further relief as this Court deems just and proper.

                                                   Respectfully submitted,

                                                   THE PROBST LAW FIRM, P.A.

                                                   By: /s/ Raymond E. Probst, Jr.
                                                   Raymond E. Probst, Jr., KBN 20370
                                                   827 Armstrong Ave.
                                                   Kansas City, KS 66101

1

(913) 281-0699  
(913) 321-0199  Facsimile  
Attorney for Debtors

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon the following parties either electronically or via First Class U.S. Mail, postage prepaid this 19th day of April 2017:

Wendee Elliott-Clement on behalf of Creditor Bank of America, N.A.
ksbkecf@southlaw.com

Scott B Haines on behalf of Creditor Blue Hills Country Club
sbhaines@martinpringle-kc.com

Patricia E Hamilton
phamilton@stevensbrand.com, ks12@ecfcbis.com

U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

/s/ Raymond E. Probst, Jr.