The relief described hereinbelow is SO ORDERED.

SIGNED this 27th day of April, 2017.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE: BARRY JOHN BRAUTMAN | Case No.: | 17-20400 |
| SUZANNE ELLEN BRAUTMAN | Chapter 7 | |

**<u>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY</u>**

Now comes before me Debtors request for an extension of time to file their Response to Order to Correct Voluntary Petition in Bankruptcy. After careful consideration of the motion, review of the file and for good cause shown, the Court makes its Order as follows:

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT Debtors are granted 14 days or until May 10, 2017 to file their documents responsive to the Order to Correct Voluntary Petition in Bankruptcy.

# # #

Respectfully submitted by,

THE PROBST LAW FIRM, P.A.

By: /s/ Raymond E. Probst, Jr.
Raymond E. Probst, Jr., KBN 20370

In the United States Bankruptcy Court for the District of Kansas
In re: Barry John Brautman and Suzanne Ellen Brautman
Case No.: 17-20400
Order Granting Extension of Time to File Response to Order to Correct Voluntary Petition in Bankruptcy
Page 2

827 Armstrong Ave.
Kansas City, KS 66101
(913) 281-0699
(913) 321-0199  Facsimile
Attorney for Debtors