# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BARRY JOHN BRAUTMAN | ) | |
| SUZANNE ELLEN BRAUTMAN | ) | Case No. 17-20400 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE AND BE ADVISED that the undersigned hereby appears as counsel for FSST Financial Services, LLC ("FSST"), a creditor in this case. Pursuant to Rules 9007, 9010, and 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned respectfully requests that all notices hereafter given or required to be given and all papers served or requested to be served in this case, be given and be served upon:

**Paul Croker**
**Armstrong Teasdale LLP**
**2345 Grand Boulevard, Suite 1500**
**Kansas City, Missouri 64108-2617**
**(816) 221-3420**
**(816) 221-0786 (facsimile)**
**pcroker@armstrongteasdale.com**

PLEASE BE ADVISED AND TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, or otherwise: (1) which affect in any way FSST's rights or interests, with respect to (a) Debtor; (b) property or proceeds of FSST in which Debtor may claim an interest; or (c) property or proceeds thereof in the possession,

custody, or control of the Debtor which Debtor may seek to use; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by FSST.

Respectfully Submitted,

ARMSTRONG TEASDALE LLP

By: /s/ Paul Croker
Paul Croker       #21627
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816-221-3420
816-221-0786 (facsimile)
pcroker@armstrongteasdale.com

ATTORNEY FOR FSST FINANCIAL SERVICES, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System, pursuant to instructions appearing on the Electronic Filing Receipt received from the U. S. Bankruptcy Court on May 11, 2017.

/s/ Paul Croker