IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE: BARRY JOHN BRAUTMAN         Case No.:     17-20400
       SUZANNE ELLEN BRAUTMAN       Chapter 7

## RESPONSE TO MOTION FOR RELIEF FROM STAY

Comes now Debtors, by and through counsel of record, Raymond E. Probst, Jr., of The Probst Law Firm, PA, and hereby responds to the Motion for Relief From Stay filed of Washington Federal N.A. In support of said response, debtors state as follows:

1. Debtor's are claiming the real estate as exempt.
2. There is currently a real estate agent who has been hired to sell the property.
3. There is substantial equity in the home and thus there is adequate protection for the movant.
4. Debtor's intend to use the proceeds from the sale of the real estate to purchase another home.

WHEREFORE, debtors the motion for relief from stay be denied, and for such other and further relief as this Court deems just and proper.

                                      Respectfully submitted,

                                      THE PROBST LAW FIRM, P.A.

                                      By: /s/ Raymond E. Probst, Jr.
                                      Raymond E. Probst, Jr., KBN 20370
                                      827 Armstrong Ave.
                                      Kansas City, KS 66101
                                      (913) 281-0699
                                      (913) 321-0199  Facsimile
                                      Attorney for Debtors

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon the following parties either electronically or via First Class U.S. Mail, postage prepaid this 15th day of May 2017:

Patricia E. Hamilton, Chapter 7 Trustee, phamilton@stevensbrand.com; ks12@ecfcbis.com

Wendee Ellitt-Clement, ksbkecf@southlaw.com, attorney for Washington Federal N.A.

/s/ Raymond E. Probst, Jr.