**In the United States Bankruptcy Court for the District of Kansas**

In re Barry and Suzanne Brautman,

    Debtors.

_____/

Case No. 17-20400

**United States Trustee Samuel K. Crocker's Motion to Dismiss**

**1. Preliminary Statement**

Under 11 U.S.C. § 707(a)(3), Crocker moves the Court to dismiss this case for cause. To decide if cause exists to dismiss, the Court faces only one issue:

> Under § 707(a)(3), cause exists to dismiss a bankruptcy case if the debtors don't file schedules. Four times the Court has extended the deadline for the Brautmans to file schedules. The most recent deadline, May 10, has passed, and still there are no schedules. Given that this case has been pending for over two months, does cause exist to dismiss?

Yes. Debtors in bankruptcy have 15 days from the day they file bankruptcy to file schedules. The Court may extend the deadline, but failing to file the schedules by the deadline represents cause to dismiss. On March 14, the Brautmans filed this bankruptcy. Four times the Court has extended the deadline for them to file schedules. The most recent deadline, May 10, has come and gone, and still the Brautmans have not provided disclosure of their assets and liabilities—an absolute pre-requisite to proceeding in bankruptcy. Under the circumstances, cause exists to dismiss this case.

1

## 2. Background

On March 14, the Brautmans filed a Ch. 7 bankruptcy petition.[1] The petition did not include any schedules. On March 15, the Court entered an order giving the Brautmans 14 days to file schedules.[2] On March 29—the 14th day—the Brautmans filed the first of four motions to extend the deadline for filing schedules,[3] all of which the Court has granted.[4] Under the fourth extension, the Brautmans had till May 10 to file schedules. They haven't done so.

## 3. Argument

Under 11 U.S.C. § 707(a)(3) this Court may dismiss a bankruptcy case when debtors haven't filed bankruptcy schedules within 15 days after filing for bankruptcy or a later date set by the Court. Here, on March 14, the Brautmans filed for bankruptcy. Since then, the Court has extended the deadline for filing schedules four times. The most recent deadline, May 10, has passed, and the Brautmans still haven't filed schedules. As a result, cause exists to dismiss this case.

---

[1] Docket No. 1.
[2] Docket No. 4.
[3] Docket Nos. 10, 16, 20, and 27.
[4] Docket Nos. 11, 17, 21, and 28.

## 4. Conclusion

To proceed in bankruptcy, debtors must file schedules. After two months and four extensions, the Brautmans still haven't filed schedules. Cause exists to dismiss this case.

SAMUEL K. CROCKER U.S. TRUSTEE

s/: *Jordan Sickman*
Assistant United States Trustee
Admitted in Michigan, P69823
Permitted to appear under 28 U.S.C. § 515(a)
301 North Main Street, Suite 1150
Wichita KS 67202
Telephone: (316) 269-6176
Facsimile: (316) 269-6182
E-mail: jordan.sickman@usdoj.gov

## Certificate of Mailing

I hereby certify that on May 16, 2017, a true and correct copy of this document was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that a copy of this document was forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Barry John Brautman
Suzanne Ellen Brautman
9644 Meadow Lane
Leawood, KS 66206

s/: *Jordan Sickman*
Assistant United States Trustee