**Form punt2A** (Revised 3/25/2010)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

| | |
|---|---|
| Case Number: 17–20400 | Chapter: 7 |

In re:

| | |
|---|---|
| Barry John Brautman | Suzanne Ellen Brautman |
| 9644 Meadow Lane | 9644 Meadow Lane |
| Leawood, KS 66206 | Leawood, KS 66206 |
| SSN: xxx–xx–9345 | SSN: xxx–xx–6016 |

**Entered By The Court**
**5/16/17**

**ORDER OF DISMISSAL**

**Filed By The Court**
**5/16/17**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

After reviewing the file and being duly advised, the Court finds that Barry John Brautman and Suzanne Ellen Brautman should be dismissed for the following reason:

Case dismissed for failure to comply with the Court's previous order(s) and file the required documents pursuant to 11 USC 521.

Barry John Brautman and Suzanne Ellen Brautman are therefore ordered DISMISSED.

| | |
|---|---|
| Document | s/ Robert D. Berger |
| | United States Bankruptcy Judge |