IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE: BARRY JOHN BRAUTMAN        Case No.:    17-20400
       SUZANNE ELLEN BRAUTMAN        Chapter 7

**MOTION TO VACATE ORDER**
**DISMISSING CASE AND TO REINSTATE BANKRUPTCY CASE**

    Comes now Debtors, by and through counsel of record, Raymond E. Probst, Jr., of The Probst Law Firm, PA, and hereby requests this court vacate the order dismissing the case and to reinstate the bankruptcy case. In support of said Motion, Debtors state as follows:

    1.     On May 16, 2017 This Court dismissed the above captioned matter due to debtors failure to file the all remaining documents and schedules as ordered by this court.

    2.     Debtors have now filed all of the remaining schedules and documents responsive to the order entered on March 15, 2017.

    3.     Debtor requests this Honorable Court vacate the order dismissing this case and to reinstate this bankruptcy case.

    WHEREFORE, debtors request this Honorable Court enter an Order vacating the dismissal entered on May 16, 2017, reinstating this bankruptcy case and for such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    THE PROBST LAW FIRM, P.A.

    By: /s/ Raymond E. Probst, Jr.
    Raymond E. Probst, Jr., KBN 20370
    827 Armstrong Ave.
    Kansas City, KS 66101
    (913) 281-0699
    (913) 321-0199 Facsimile
    Attorney for Debtors

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served upon the following parties and the attached creditor matrix either electronically or via First Class U.S. Mail, postage prepaid this 26th day of May 2017:

Paul M Croker on behalf of Creditor FSST Financial Services, LLC; pcroker@armstrongteasdale.com, mwelther@armstrongteasdale.com

Wendee Elliott-Clement on behalf of Creditor Bank of America, N.A.; ksbkecf@southlaw.com

Scott B Haines on behalf of Creditor Blue Hills Country Club; sbhaines@martinpringle-kc.com

Patricia E Hamilton; phamilton@stevensbrand.com, ks12@ecfcbis.com

Jordan M Sickman on behalf of U.S. Trustee U.S. Trustee; ustpregion20.wi.ecf@usdoj.gov, jordan.sickman@usdoj.gov

U.S. Trustee; ustpregion20.wi.ecf@usdoj.gov

/s/ Raymond E. Probst, Jr.

| Advantial<br>1845 Woodell Rogers # 1300<br>Dallas TX 75201 | American Express<br>4315 South 2700 West<br>Salt Lake City UT 84184 | Anthony and Laura Fraser<br>1316 E. Olive Ave.<br>Fresno CA 93728 |
|---|---|---|
| Bank of America<br>C/O South and Associates<br>13160 Foster, Ste 100<br>Overland Park KS 66213 | Bank of America<br>PO Box 851001<br>Dallas TX 75285 | BarclayCard<br>PO Box 8833<br>Wilmington DE 19899 |
| Big Industrial Management LLC<br>C/O Eric Kraft<br>104 E. Poplar<br>Olathe KS 66061 | Blue Hills County Club<br>777 W. Burning Tree Dr.<br>Kansas City MO 64145 | BMO Harris Bank<br>1200 E. Warrenville Road<br>Naperville IL 60563 |
| Capital One<br>PO Box 60599<br>City of Industry CA 91716 | Carmax<br>PO Box 440609<br>Kennesaw GA 30160 | Chase<br>PO Box 94014<br>Palatine IL 60094 |
| Chris Bramhall<br>C/O Eric Hansen<br>PO Box 8526<br>Prairie Village KS 66208 | Dan Smith<br>C/O Eric Kraft<br>104 E. Poplar<br>Olathe KS 66061 | Ember Financial<br>PO Box 660676<br>Dallas TX 75266 |
| Foxbarry Companies, LLC<br>C/O Donald G. Scott<br>McDowell Rice Smith & Buchanan<br>605 W. 47th St., Ste350<br>Kansas City MO 64112-1905 | FSST Financial Services, LLC<br>C/O Paul Croker<br>Armstrong Teasdale, LLP<br>2345 Grand Blvd. Ste 1500<br>Kansas City MO 64108 | Great Lakes<br>2401 International Lane<br>Madison WI 53704 |
| KU Medical Center<br>3901 Rainbow Blvd.<br>Kansas City KS 66160 | LTS Properties<br>2595 E. Niles Ave.<br>Fresno CA 93720 | Milburn County Club<br>7501 W. 69th St.<br>Overland Park KS 66204 |
| Nebraska Furniture Mart<br>1601 Village W. Pkwy<br>Kansas City KS 66111 | Pottery Barn<br>C/O Comenity<br>PO Box 659705<br>San Antonio TX 78265 | Sears<br>POBox78051<br>Phoenix AZ 85062 |
| Theodore Richards<br>11542 Baltimore Ave.<br>Kansas City MO 64114 |  | Tribal Products Group, LLC<br>C/O Donald G. Scott<br>McDowell Rice Smith & Buchanan<br>605 W. 47th St., Ste350<br>Kansas City MO 64112-1905 |