**Our Lady of Unity School**
2646 S 34th Street
Kansas City, KS 66106-2145

**Earnings Statement**

Check Date: **January 13, 2017**
Period Beginning December 24, 2016
Period Ending: **January 08, 2017**

Suzanne E. Brautman    Employee Number    1983

Division       002         Voucher Number    4320
Department  210201    Net Pay                 1,006.05

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | | 1476.63 | | 1476.63 |
| **Total Gross Pay** | | | **1476.63** | | **1476.63** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1164.47 | 16.88 | 16.88 |
| OASDI | | 1164.47 | 72.20 | 72.20 |
| Federal Income Tax | M/6 | 1105.40 | | |
| Kansas SITW | M/6 | 1105.40 | 8.00 | 8.00 |
| **Total Tax Withholding** | | | **97.08** | **97.08** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401K | 59.07 | 59.07 |
| Dental PreTax | 20.07 | 20.07 |
| Medical PreTax | 292.09 | 292.09 |
| Life Ins | 2.27 | 2.27 |
| **Total Deductions** | **373.50** | **373.50** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx3317 | xxxx1492 | 1006.05 |
| **Total Direct Deposits** | | **1006.05** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | | Dollars |
|---|---|---|---|

*Payrolls by TruPay*

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK     HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**Our Lady of Unity School**
2646 S 34th Street
Kansas City, KS 66106-2145

**Direct Deposit Advice**
**Check Date**           **Voucher Number**
January 13, 2017                    4320

**\*\*\*This is not a check\*\*\***
Non-Negotiable

A570 002-210201  1983  4320  20
**Suzanne E. Brautman**
9644 Meadow Lane
Leawood, KS 66206

**Our Lady of Unity School**
2646 S 34th Street
Kansas City, KS 66106-2145

**Earnings Statement**

Check Date: January 31, 2017
Period Beginning: January 09, 2017
Period Ending: January 23, 2017

Suzanne E. Brautman   Employee Number   1983

| | | |
|---|---|---|
| Division | 002 | Voucher Number 4350 |
| Department | 210201 | Net Pay 1,006.05 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | | 1476.63 | | 2953.26 |
| **Total Gross Pay** | | | 1476.63 | | 2953.26 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1164.47 | 16.89 | 33.77 |
| OASDI | | 1164.47 | 72.19 | 144.39 |
| Federal Income Tax | M/6 | 1105.40 | | |
| Kansas SITW | M/6 | 1105.40 | 8.00 | 16.00 |
| **Total Tax Withholding** | | | 97.08 | 194.16 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401K | 59.07 | 118.14 |
| Dental PreTax | 20.07 | 40.14 |
| Medical PreTax | 292.09 | 584.18 |
| Life Ins | 2.27 | 4.54 |
| **Total Deductions** | 373.50 | 747.00 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx3317 | xxxx1492 | 1006.05 |
| **Total Direct Deposits** | | 1006.05 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | | Dollars |
|---|---|---|---|

*Payrolls by TruPay*

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**Our Lady of Unity School**
2646 S 34th Street
Kansas City, KS 66106-2145

**Direct Deposit Advice**

Check Date: January 31, 2017
Voucher Number: 4350

**\*\*\*This is not a check\*\*\***
Non-Negotiable

A570 002-210201  1983 4350 20

**Suzanne E. Brautman**
9644 Meadow Lane
Leawood, KS 66206

**Our Lady of Unity School**
2646 S 34th Street
Kansas City, KS 66106-2145

**Earnings Statement**

Check Date: February 15, 2017
Period Beginning: January 24, 2017
Period Ending: February 08, 2017

Suzanne E. Brautman   Employee Number   1983

| Division | 002 | Voucher Number | 4380 |
|---|---|---|---|
| Department | 210201 | Net Pay | 1,006.05 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | | 1476.63 | | 4429.89 |
| **Total Gross Pay** | | | 1476.63 | | 4429.89 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1164.47 | 16.88 | 50.65 |
| OASDI | | 1164.47 | 72.20 | 216.59 |
| Federal Income Tax | M/6 | 1105.40 | | |
| Kansas SITW | M/6 | 1105.40 | 8.00 | 24.00 |
| **Total Tax Withholding** | | | 97.08 | 291.24 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401K | 59.07 | 177.21 |
| Dental PreTax | 20.07 | 60.21 |
| Medical PreTax | 292.09 | 876.27 |
| Life Ins | 2.27 | 6.81 |
| **Total Deductions** | 373.50 | 1120.50 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx3317 | xxxx1492 | 1006.05 |
| **Total Direct Deposits** | | 1006.05 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | Dollars |
|---|---|---|

Payrolls by TruPay

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK     HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**Our Lady of Unity School**
2646 S 34th Street
Kansas City, KS 66106-2145

**Direct Deposit Advice**
Check Date: February 15, 2017
Voucher Number: 4380

***This is not a check***
Non-Negotiable

A570 002-210201  1983 4380 19
Suzanne E. Brautman
9644 Meadow Lane
Leawood, KS 66206

**Our Lady of Unity School**
2646 S 34th Street
Kansas City, KS 66106-2145

**Earnings Statement**

Check Date: February 28, 2017
Period Beginning: February 09, 2017
Period Ending: February 23, 2017

Suzanne E. Brautman    Employee Number    1983

| Division | 002 | Voucher Number | 4411 |
|---|---|---|---|
| Department | 210201 | Net Pay | 1,006.04 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | | 1476.63 | | 5906.52 |
| **Total Gross Pay** | | | **1476.63** | | **5906.52** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1164.47 | 16.89 | 67.54 |
| OASDI | | 1164.47 | 72.20 | 288.79 |
| Federal Income Tax | M/6 | 1105.40 | | |
| Kansas SITW | M/6 | 1105.40 | 8.00 | 32.00 |
| **Total Tax Withholding** | | | **97.09** | **388.33** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx3317 | xxxx1492 | 1006.04 |
| **Total Direct Deposits** | | **1006.04** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401K | 59.07 | 236.28 |
| Dental PreTax | 20.07 | 80.28 |
| Medical PreTax | 292.09 | 1168.36 |
| Life Ins | 2.27 | 9.08 |
| **Total Deductions** | **373.50** | **1494.00** |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | Dollars |
|---|---|

Payrolls by TruPay

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**Our Lady of Unity School**
2646 S 34th Street
Kansas City, KS 66106-2145

**Direct Deposit Advice**
Check Date        Voucher Number
February 28, 2017            4411

***This is not a check***
Non-Negotiable

A570 002-210201  1983 4411 19
Suzanne E. Brautman
9644 Meadow Lane
Leawood, KS 66206

**Our Lady of Unity School**
2646 S 34th Street
Kansas City, KS 66106-2145

**Earnings Statement**

Check Date: March 15, 2017
Period Beginning: February 24, 2017
Period Ending: March 08, 2017

Suzanne E. Brautman    Employee Number    1983

| Division | 002 | Voucher Number | 4441 |
|---|---|---|---|
| Department | 210201 | Net Pay | 1,006.05 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 0.00 | | 1476.63 | | 7383.15 |
| **Total Gross Pay** | | | 1476.63 | | 7383.15 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1164.47 | 16.88 | 84.42 |
| OASDI | | 1164.47 | 72.20 | 360.99 |
| Federal Income Tax | M/6 | 1105.40 | | |
| Kansas SITW | M/6 | 1105.40 | 8.00 | 40.00 |
| **Total Tax Withholding** | | | 97.08 | 485.41 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| 401K | 59.07 | 295.35 |
| Dental PreTax | 20.07 | 100.35 |
| Medical PreTax | 292.09 | 1460.45 |
| Life Ins | 2.27 | 11.35 |
| **Total Deductions** | 373.50 | 1867.50 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx3317 | xxxx1492 | 1006.05 |
| **Total Direct Deposits** | | 1006.05 |

| Benefits | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|

| Accruals | | | Dollars |
|---|---|---|---|

Payrolls by TruPay

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

**Our Lady of Unity School**
2646 S 34th Street
Kansas City, KS 66106-2145

**Direct Deposit Advice**
Check Date       Voucher Number
March 15, 2017       4441

**\*\*\*This is not a check\*\*\***
Non-Negotiable

A570 002-210201  1983 4441 21
**Suzanne E. Brautman**
9644 Meadow Lane
Leawood, KS 66206