# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

| | |
|---|---|
| Barry John Brautman | Case No: 17-20400-RDB-7 |
| Suzanne Ellen Brautman | |
| Debtor(s) | |

## ORDER GRANTING MOTION TO REDACT (DOC. No. 43)

Pursuant to Interim LBR 9037.1 and the authority delegated to the Clerk of the Bankruptcy Court by the Judges of the United States Bankruptcy Court for the District of Kansas, it is hereby

ORDERED that the Motion to Redact filed in this case and bearing the above-mentioned document number is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall file the redacted documents attached to the Motion to Redact.

IT IS FURTHER ORDERED that the temporary seal placed upon the unredacted (or incompletely redacted) original documents identified in the Motion to Redact as containing protected information is made permanent and shall remain in effect until further order of the court.

IT IS FURTHER ORDERED that the temporary seal placed upon the Motion to Redact which contains protected information is made permanent and shall remain in effect until further order of the court.

s/ Janice Miller Karlin
Judge, United States Bankruptcy Court