IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| IN RE: BARRY JOHN BRAUTMAN<br>SUZANNE ELLEN BRAUTMAN | Case No.: 17-20400<br>Chapter 7 |

**WITHDRWAWAL OF MOTION TO VACATE ORDER**
**DISMISSING CASE AND TO REINSTATE BANKRUPTCY CASE**

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that Barry John Brautman and Suzanne Ellen Brautman, debtors in the above-entitled action, hereby requests that its Motion to Vacate Order Dismissing Case and to Reinstate Bankruptcy Case be withdrawn without prejudice and that the hearing currently set for August 17, 2017, at 9:30 p.m. in Courtroom 151 of the United States Bankruptcy Court, District of Kansas, be taken off-calendar.

Respectfully submitted,

THE PROBST LAW FIRM, P.A.

By: /s/ Raymond E. Probst, Jr.
Raymond E. Probst, Jr., KBN 20370
827 Armstrong Ave.
Kansas City, KS 66101
(913) 281-0699
(913) 321-0199 Facsimile
Attorney for Debtors

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served upon the following parties either electronically or via First Class U.S. Mail, postage prepaid this 16th day of August 2017:

Paul M Croker on behalf of Creditor FSST Financial Services, LLC;
pcroker@armstrongteasdale.com, mwelther@armstrongteasdale.com

Wendee Elliott-Clement on behalf of Creditor Bank of America, N.A.; ksbkecf@southlaw.com

Scott B Haines on behalf of Creditor Blue Hills Country Club; sbhaines@martinpringle-kc.com

Patricia E Hamilton; phamilton@stevensbrand.com, ks12@ecfcbis.com

Jordan M Sickman on behalf of U.S. Trustee U.S. Trustee; ustpregion20.wi.ecf@usdoj.gov, jordan.sickman@usdoj.gov

U.S. Trustee; ustpregion20.wi.ecf@usdoj.gov

/s/ Raymond E. Probst, Jr.