U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
8/17/2017
Hon. Dale L. Somers, Presiding

09:30 AM

---

Case Information:
17-20400 Barry John Brautman and Suzanne Ellen Brautman Chapter: 7

Judge: RDB Filed: 03/14/2017 Discharged:

---

Appearances:

| | |
|---|---|
| | Raymond E. Probst Jr. representing Barry John Brautman (Debtor) |
| | Raymond E. Probst Jr. representing Suzanne Ellen Brautman (Joint Debtor) |
| X | Patricia E Hamilton (Trustee) |
| X | Richard A. Wieland representing U.S. Trustee |

---

Issue(s): [39] Motion to Vacate (related documents 36 Order Dismissing All Debtors in a Case Signed on 5/16/2017 (kst)) Filed on behalf of Debtor Barry John Brautman, Joint Debtor Suzanne Ellen Brautman, with Certificate of Service.(Probst, Raymond) (Entered: 05/26/2017)

[47] Objection to (related document(s): 39 Motion to Vacate (related documents 36 Order Dismissing All Debtors in a Case Signed on 5/16/2017 (kst)) filed by Debtor Barry John Brautman, Joint Debtor Suzanne Ellen Brautman) and to Reinstate Bankruptcy Case Filed by U.S. Trustee (Wieland, Richard) (Entered: 06/19/2017)

---

**Notes/Decision:**

Notice of withdrawal of motion to vacate dismissal filed by debtors on 08/16/2017.
[39] Motion to vacate denied without prejudice, order by Mr. Wieland.

---

Courtroom Deputy: Susan A Franklin
ECRO Reporter: Toni Brady