The relief described hereinbelow is SO ORDERED.

SIGNED this 21st day of August, 2017.

Robert D. Berger
United States Bankruptcy Judge

---

# In The United States Bankruptcy Court for the District of Kansas

In re: Barry John Brautman
Suzanne Ellen Brautman,

Case No. 17-20400

Debtors.

## Order Denying Debtors' Motion to Vacate Order Dismissing Case and to Reinstate Bankruptcy Case

On August 17, 2017, the Court heard the Debtors' Motion to Vacate Order Dismissing Case and to Reinstate Bankruptcy Case (Doc. 39) and the United States Trustee's objection thereto (Doc. 47). On August 16, 2017, Debtors filed a Withdrawal of Motion to Vacate Order Dismissing Case and to Reinstate Bankruptcy Case (Doc. 48).

Appearances at the hearing were Richard A. Wieland for the United States Trustee and Patricia E. Hamilton for the Chapter 7 Trustee. There were no other appearances.

---

After hearing statement of the parties and review of the file, the Court finds that motion to vacate order of dismissing case and to reinstate bankruptcy case is denied without prejudice.

**IT IS SO ORDERED.**

###

SUBMITTED BY:

SAMUEL K. CROCKER
United States Trustee

BY *s/ Richard A. Wieland*
RICHARD A. WIELAND
Trial Attorney, #12294
301 North Main, Suite 1150
Wichita, Kansas 67202
316-269-6214
316-269-6182-FAX
Richard.Wieland@usdoj.gov

STEVENS & BRAND, LLP

s/ Patricia E. Hamilton
PATRICIA E. HAMILTON
Chapter 7 Trustee
KS Bar No. 13263
917 SW Topeka Blvd.
Topeka, KS 66612
785-408-8000 Phone
785-408-8003 Fax
phamilton@stevensbrand.com